**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-23342-WILLIAMS

FILED BY_____D.C.
NOV 0 2 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WADE RINER,<br><br>    Plaintiff,<br><br>vs.<br><br>. . . THE LOXAHATCHEE CLUB, INC., *et al.*,<br><br>    Defendants. | **FILED *EX PARTE*<br>AND UNDER SEAL<br>PURSUANT TO<br>31 U.S.C. § 3730 (b)(2)** |

### STIPULATION OF DISMISSAL OF
### DEFENDANT THE LOXAHATCHEE CLUB, INC.

Pursuant to Fed. R. Civ. P. 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the October 18, 2023 Settlement Agreement among the United States of America, Defendant The Loxahatchee Club, Inc., and Relator Wade Riner (the "Loxahatchee Club Settlement Agreement"), the United States and Relator hereby stipulate to the entry of an order:

(1) dismissing with prejudice Defendant The Loxahatchee Club, Inc., as to the United States and Relator *only for the* Covered Conduct set forth in the Loxahatchee Club Settlement Agreement;

(2) dismissing Defendant The Loxahatchee Club, Inc., from this action for any conduct *other than* the Covered Conduct set forth in the Loxahatchee Club Settlement Agreement, with prejudice to the Relator and without prejudice to the United States;

(3) providing that the Court retain jurisdiction over The Loxahatchee Club, Inc. for 90 days with respect to any disputes that may arise regarding the Loxahatchee Club Settlement Agreement.

Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, further stipulates that the Settlement Amount set forth in the Loxahatchee Club Settlement Agreement and the terms and conditions described therein are fair,

adequate, and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement under to 31 U.S.C. § 3730(c)(2)(B).

The United States of America and Relator Wade Riner respectfully request that the Court enter an order in the form of the proposed order.

Dated: the 2nd day of ~~October~~ November, 2023.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Randall C. Owens

Randall C. Owens
 TX State Bar No. 15380700
**Michael Adams-Hurta**
 TX State Bar No. 24097860
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Email: owens@wrightclosebarger.com
Email: hurta@wrightclosebarger.com

**Kevin P. Ackerman**
 Florida Bar No.: 115385
**THE ACKERMAN LAW FIRM, P.A.**
80 S.W. 8th St., Suite 2000
Miami, FL 33130
Telephone: (305) 359-5228
Email: kevin@ackermanfirm.com

**Attorneys for Relator Wade Riner**

/s/ James A. Weinkle

**James A. Weinkle**
Florida Bar No. 0710891
Assistant United States Attorney
Email: James.Weinkle@usdoj.gov
Office of the United States Attorney
Alto Lee Adams Federal Courthouse
101 South U.S. Highway One, Suite 3100
Fort Pierce, FL 34950
Telephone: 772-293-0945 (Direct)

*Counsel for United States of America*