# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
*ex rel.* WADE RINER,

                Plaintiff,

v.

HUNTERS RUN PROPERTY
OWNERS ASSOCIATION, INC.,
*et al.*,

                Defendants.

Case No.: 1:22-cv-23342-MD

## **EXHIBIT A IDENTIFYING JOINING DEFENDANTS PER DOCKET NO. 132, 135**

Pursuant to this Court's direction [DE 132, 135], the twenty-seven (29) defendants listed below join in the *Joint Motion to Dismiss*, dated April 1, 2024.

| | |
|---|---|
| Frenchmans Reserve Country Club | Wycliffe Gold and Country Club Homeowners Association, Inc. |
| Mizner Country Club, Inc. | Township Community Master Association, Inc. |
| Mirasol Club & Association, Inc. | Willoughby Golf Club, Inc. |
| Aragon Condominium Association of Boca Raton, Inc. | Williams Island Property Owner's Association, Inc. |
| The Grand Condominium Association, Inc. | Anchorage Resort and Yacht Club Condominium Association |
| Crossings Homeowners Association, Inc. | Bal Harbour 101 Condominium Association, Inc. |
| Deering Bay Yacht and Country Club, Inc. | Bocaire Country Club, Inc. |
| Fortune House Condominium Association, Inc. | Doral Park Country Club Association |
| Frenchman's Creek, Inc. | Lake Clarke Gardens Condominium, Inc. |
| Leverett House Condominium Association, Inc. | Meadowood Golf & Tennis Club Inc. |
| Ocean Club Community Association, Inc. | Pine Island Ridge Country Club Inc. |
| Palm Beach Towers Condominium Association, Inc. | Quail Ridge Property Owners Association Inc. |
| Yacht & Country Club, Inc. | Royal Palm Improvement Association, Inc. |
| Turnberry Ocean Colony Master Association, Inc. | Turnberry Towers Condominium Association, Inc. |
| Old Palm Golf Club, Inc. | |