### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-23342-CIV-DAMIAN

**UNITED STATES OF AMERICA**,
*ex rel.* **WADE RINER**,

      Plaintiff,

v.

**HUNTERS RUN PROPERTY
OWNERS ASSOCIATION, INC.**,

      Defendant.

_____/

### ORDER IDENTIFYING COURTROOM LOCATION

      PLEASE TAKE NOTICE that the Status Conference presently set for **Tuesday, July 30, 2024, at 10:00 a.m.**, before the undersigned will be held in **Courtroom 11-4** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

      **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 23rd day of July, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record